UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MELANIE D. M., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, ACTING SOCIAL SECURITY COMMISSIONER, <br><br> Defendant. | Case No. CV-21-028-BLG-KLD <br><br> JUDGMENT IN A CIVIL CASE |

 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 __X__ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

 IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

 Dated this 13th day of July, 2022.

        TYLER P. GILMAN, CLERK

        By: /s/ Annie Puhrmann
        Annie Puhrmann, Deputy Clerk